[No. 44498-1-I. Division One. July 17, 2000.]

TERESA ABBOTT STACKS, *Appellant*, v. ANNE M. BREMNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-13967-6, R. Joseph Wesley, J., entered March 24, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Baker and Appelwick, JJ.

[No. 44407-7-I. Division One. July 17, 2000.]

MICHAEL T. MANNING, ET AL., *Appellants*, v. SWEDISH MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-18002-1, Joan E. DuBuque, J., entered March 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44451-4-I. Division One. July 17, 2000.]

WHA YOUNG KIM, ET AL., *Appellants*, v. DESERT DOCUMENT SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10167-9, Peter Jarvis, J., entered April 2, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Grosse, J.

[Nos. 43986-3-I; 45009-3-I. Division One. July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STONNEY RIVERS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 95-1-07113-5, J. Kathleen Learned, J., entered December 21, 1998. *Affirmed* by unpublished per curiam opinion.